Rev. 3/19

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MS. NAOMI Sue WHITE EAGLE
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

Case No. 2:24-cv-01388-JCC-BAT
(leave blank – for court staff only)

Washington State Department of Corrections personnals, et all

Mr. Gary Bohon, Mr. M. Simmons et all
*Defendant's/defendants' full name(s)*

**PRISONER CIVIL RIGHTS COMPLAINT**

Defendant(s).

Jury Demand?
☒ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1. Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2. Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

3.      Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.      Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

Do <u>not</u> include:
- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:
→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5.      You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit*. They will become part of the court record and *will not be returned to you*.

---

## I.    PLAINTIFF INFORMATION

**Name (Last, First, MI):** WHITE EAGLE, NAOMI, SUE

**Aliases/Former Names:** Lowell Gene Lowe

**Prisoner ID #:** 855988

**Place of Detention:** Monroe Correction Complex - T.R.U

**Institutional Address:** P.O Box 888

**County, City:** Snohmich, Monroe    **State:** WA    **Zip Code:** 98272

*Indicate your status:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee

☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: **Bohon, Gary**
Name (Last, First)

**Head of WA. STATE D.O.C Classification Board**
Current Job Title

**Washing State D.O.C Headquarters P.O Box 41100**
Current Work Address

**Olympia          WA          98504**
County, City      State       Zip Code

Defendant 2: **Simmons, Mr. Mike, et**
Name (Last, First)

**Transgender Housing of D.O.C H.Q Classification**
Current Job Title

**Washington State D.O.C Head Quarters PO Box 41100**
Current Work Address

**Olympia          WA          98504**
County, City      State       Zip Code

Defendant 3: **Brown, Keven C**
Name (Last, First)

**MCC TRU R-unit Supervisor, C.U.S**
Current Job Title

**Monroe Washington P.O Box 888**
Current Work Address

**Snohomich          WA          98272**
County, City       State       Zip Code

Contenued on Attachment-A

Page 3 of 9

Page 3 of

Defendant Information
Continued, Att. A

Defendant, 4. Ms. Reynolds, Alexandra, M
Name (Last, First)

Current Job, C.C.2

Work Address, MCC TR.4, P.O Box 888
Monroe Washington, 98272

---

Defendant, 5. Gardens, N.A
Name (First Last)

Current Job, C.C.2

Work Address, MCC TR.4 P.O Box 888
Monroe Washington, 98272

---

Defendant, 6. Miller - SCMO (chair)
     Work Address  N.A
Defendent 7. Stacy, M, Thompson
     Work Address  N.A
Defendant 8. Cossette - C.S.4
     Info  N.A
Defendant 9. T. Morrisey - SS.S.
Defendant 10. D. Hanson - SOTP.S.
Defendant 11. Garner - INV3;
Defendant 12. D. Feist - Admin, CBC;
Defendant 13. R. Fall - CS4;
Defendant 14. L. Roberts - C.P.M

               page 4 of

### III. STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 Conditions of confinement, 8th & 14th Addmend-ments, (By deffendants named on page 3)(A,D,A)

*State the facts of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2 Comes now plaintiff pro se opening to the Honorable court Judge et all. Fact 1.2 Plaintiff Ms. Naomi Sue White Eagle DiD undergo Gender aferming veginal plays.

Page 4 of 9

Page 5 of

surgery on 5/23/2023, making plaintiff a 100% Female Equal by all standards of law unto the law. To any & women Rights.

1.3

On 6/6/2024 WA State Department of Corrections DID transport plaintiff Ms. White Eagle 855988 From Air way Heights corrections Center I, P, 4. Back to M.C.C T.R.U A all male General population prison knowing full well that plaintiff ms. White Eagle is a Female prisoner.

1.4

On 6/10/2024 plaintiff Ms. White Eagle Filed a Resolution Request - Grievance - (see Attachment 1-A)

1.5

On 8/5/2024 plaintiff Ms. White Eagle DID submment a classification Appeal addressed (see Attached page)

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

I plaintiff is under ongoing mental & emotionnal Abuse at hands of WA State D.O.C staff unto housing by staff & inmates due degrading, Harrassments et all.

## Count I Attachment

1.5 continued -

To mr. Gary Bohon of WA State Head Quarther's classification (See Attachment 1.B) making a well known fact that the WA D.O.C classification team et all Are In the known that a Female prisoner is wrongfully Housed in a all male G.P prison at M.C.C T.R.U.

1.6

plaintiff now brings forth ATTACHMENT 1.C (a six month Review F.R.M.T Hearing Report) That clearly shows That all named deffendants is The WA State Department of Corrections personnels who Are in violation of plaintiffs 1st & 8th Addmendment And A.D.A Rights by all standards of unto law By wrong- -Fully Housing Her (a Full women of Her Body, And unto all Law's) at a All male population WA state prison.

continued on page 5-2

pg. 7

Page 5-2
Count 1 Attachment

1.6 contenued
deffendants names as on Attachment 1, C-F,R,m,T minets, 8-1-24 Formal HCSC Allendees; J. Miller-SCMO (chair); S. Thompson - AA3; M. Cossette - CS4; T. Morrisey - SS; S Hanson S,O,T,P; S Garner - NIV3; D. Feist admin. C,B,C R. Fall - CS4; L. Roberts - C,P,M, (this team above is deffendants et All.)

1.7    Decision of this said Hearing was-is to keep plaintiff at WA state Monroe correction center (a all male prison Housing population with known Fact plaintiff is a women - female prisoner.

1.8
on about 7/12/2024 plaintiff had a meeting with the WA state D.O.C Gender Services mental Health care provider Ms. Nikki Rymer, The plaintiffs M.H thairpist In where Ms Rymer stated that Reason for MCC they Housing placement was because I would not agree to S.O.T.A.P (Set offender treatment programe)

p 5, 8

page 5-3
Count 1- Attachment con'

1.8 Contenued
plaintiff is not a sex offender and is not court ordered to do SOTAP and dose not meet cirteria for the programe (see Attachment). However the issue stands that a Female is not safe in any all male Housing prison population.

1.9 upDate information as unto WA State D.O.C classification team Reasoning of Housing Plaintiff in all male G.P Housing population prison at MCC TRU monroe correction center, on about 6/11/2024 during a conversation Between Plaintiff & The MCC TRU B unit Suppervison mr keven Brown mr keven brown did make claim to plaintiff verbley that WA state D.O.C classification's team's Find that Reason for plaintiff Ms. white Eagle be Housed in a all male population

pg. 9

PAGE 5-4
Count 1. Attachment con'

of WA State Department of correction prison at NCC TRU is that back in 1997 the plaintiff Ms. Naomi Sue White Eagle in State of Idaho was convicted of the charge of Attempted Rape of Another Women, for Record fact of the Idaho 1997 case the plaintiff was not convicted of Attempted Rape at all, However that case was dissmissed and plaintiff was wrongfully Re-charged under Aggravatied Assult, (not a set crime conviction)!
Case No. CR9604392  09-17-1996

1.1.0.
On about 7/15/2024 plaintiffs mental health thairpest ms. Nikki Rymer told plaintiff that Reason housed at NCC TRU a male prison was due plaintiff Refused to undergo a sex treatment programe S,O,T,A,P

Pg.10

Page 5-5
Count 1, Attachment con'

plaintiff is not court ordered to SO,TAP And dose not meet Cirytivaia so truthfully plaintiff see's no Reasoning of Good faith why she must Be Housed at a all male S,P WA state population prison.

1,11

The plaintiff HAS Gone Backward unto mental Health issues to piont of Ms. Nikki Rymer Having plaintiff put Back on mental Health medications to Help plaintiff Try N Cope Better with the ongoing waton inflection of mental emotional Abuse of and By men of MCC TRU All male prison men Aproch plaintiff for Setual Favors, some men Hate trans women. A very stressfull inplacement of Housing ongoing!

pg. 11

Page 5-6
Count 1 Attachment con't

1,12

On 5/23/2024 plaintiff did under go Sexual Reasigment vagnial plasy Surgery. On 6/6/2024 14 day after plaintiff's Surgery at Air way Hights correction Center I,P,u she was Informed by 2 c/o transport team officer's That plaintiff was being transfered to the washing Corrections Center For women W,C,C,W, mid transport while meeting nextt transport team car plaintiff was Then told, no your going Back to MCC T,R,U A all male wa State prison, this was cause of greate mental Shock disstress & mental & emotionnal confussision, depression et all, to Be a women put into TTtis alfull situation of Abuse, was and is almost more pain & Suffering mentaly & emotionnuly Then plaintiff can bare-Handle!

p 6,12

Page 5-7
Count 1 Attachment contendred

1.13
Plaintiff <u>MS. NAOMI SUE White Eagle</u> 855988 DID Attempt to exhaust Addministrative remedies by use of The WA State Department of Corrections Resolution Request (Grievance) programe only to Be under minded By Resolution programe manager/designee B-perterson See Attachement 1, A of Attachements. So Her Addministrative remedies Are now planly exhausted due time bared et all. And as a A,D,A & 8th 14th Addmendment Claim under A,D,A, & ADA complaint Filed By Kios 8/4/2024

1.14
plaintifx dose swear under penalty of perjury all facts with In This - Her statement's to Be true And correct to Best of Her knowledge on This Date 8/31/2024
ms. Naomi Sue white Eagle-855988
ms. naomi sue white Eagle

PG.15

Grounds
count 4 attachments
case law ect

Plaintiff makes known safety concerns & risk(s) of harm unto Plaintiff's increased risk(s) unto vulnerability. As Plaintiff is full pledged female having had her complete sexual reassignment surgery; And is being housed in a male prison which & where Plaintiff's safety is a risk & Is a concern being at increased vulnerability for harm, sexual assault, rape, gang rape unto which Plaintiff has been continually harassed & threatened unto harm, rape. Plaintiff being housed in a male prison is also shameful, humiliating, embarrassing & demeaning / degrading as Plaintiff's further more rights & privileges are limited & restricted, And denies Plaintiff equal rights & privileges unto similarly situated, In which Plaintiff should & Is to be with those similarly situated & in a female prison. As by Defendant(s) keeping & housing Plaintiff in a male prison is violative of Plaintiff's equal protection of & unto rights & privileges under the 8th & 14th Amendment. As Plaintiff is denied such rights & privileges being not housed in a female prison & with those similarly situated. more over by housing Plaintiff properly in a female prison would limit & greatly reduce the safety concerns, & increased vulnerability, risk(s) of potential & possible harm, rape, sexual assault. And would greater reduce threats, harassment, stalking; which Plaintiff continually deals with on a daily basis & causes & creates emotional distress, Anxiety, sleeplessness, fear, unto which Plaintiff has made known by complaints which Defendant(s) over look & ignore Plaintiff's requests to be housed in a female prison & to be with those similarly situated. For

pg 4 of 4

Defendant(s) lack of concern for & to Plaintiff's safety & well being. Keeping Plaintiff in a male prison where Plaintiff is at increased risk(s) vulnerability to & for harm. Is disregards to state & federal laws, regulations, policies. As Plaintiff should be & Is to be free from such harassment, shame, humiliation, & invasion of privacy, hostility. As to that as such RCW's: per; RCW: title 49,, 49.60.180, 49.60.030 9A.36.080, 9A.80.010, 72.72.010 & or 72.70.010  And unto such WAC's: As to WAC: 162-32-010, 163-32-040 246-919-640, 137-28-285 & 13A-350-020 & As to the 8th & 14th Amendment. Plaintiff citing similar like case unto placement to be with those similarly situated & to be housed in a female prison. see, Pletka V. Nix 957 f.2d 1480 1484 ) Being as to Plaintiff's safety & to & for equal rights & privileges, fairness under the 8th & 14th Amendment. Defendant(s) acts/actions by keeping & housing Plaintiff in a male prison when Plaintiff should be housed in a female prison gives rise & claims unto Indifference, Interference, & Discrimination; Depriving Plaintiff of fair rights & privileges. see; RCW: title 49 & that as to Kumar V. Gate Gourveet INC. 180 wn.2d 481 ) citing; 2020 U.S. Dist. Lexis 5 ) 2020 U.S. Dist. Lexis 4 ) & that unto 18 U.S.C. § 242, 18 U.S.C. § 2340 Plaintiff being housed in a male prison denies & keeps Plaintiff from the rights, fairness & privileges that Plaintiff would get being housed in a female prison; being with those similarly situated. And Defendant(s) do cause

pg 2 of 6          5 of 14

Plaintiff Emotional Distress, fear, Anxiety, stress, sleeplessness by housing Plaintiff in a male prison. As increases Plaintiff's risk(s) & Vulnerability to & for harm & Is a safety concern & that of/unto wellbeing as to potential increase for assault, rape, further continued harassment, & sexual harassment - sexual assault. In which by Defendant(s) doing so they Do cause Emotional & mental Distress, fear, Anxiety. which is violative of Rcw: 51.24.020  As Defendant(s) CANNot cause, create & or Do being violative of Rcw: 51.24.020 Plaintiff stating that as to wounded psyche & soul, such being the hurt done to feelings & to reputation by interference, disregards & or an invasion of constitutional rights is No less real & No less compensable than the cost of repairing a broken or damaged lock or a window pane. wounded psyche & soul are to be salved by damage as much as the property that can be replaced, at the local hardware store. Thus being courts & this respectfully said court have & should recognize(d) that personal humiliation, embarassment, harassment & mental distress imposed as a result are compensatory. Plaintiff's reasonings being proper & to be compensated. Plaintiff also requesting as well unto that &of, to be housed in a female prison being with those similary situated. Plaintiff further citing; <u>Garner V. Giarrusso</u> 571 f.2d 1330 1339 (5th cir 1978)   <u>Hostrop V. Board of Junior college Dist. 515</u> 523 f.2d 569 579-80 (7th cir 1975)   <u>Williams V. matthews Co.</u> 499 f.2d 819 829 (8th cir 1974) &  <u>Seaton V. Sky Realty Co.</u> 491 f.2d 634 636 (7th cir 1974)   Plaintiff further states &

Plaintiff in a male prison. As Plaintiff cannot dress, shower, do daily activities without one trying to look & or watch & is shameful, embarassing, humiliating being the unwarrented exploitation & or appropriation of Plaintiff's personality. As it is the wrongful intrusion of Plaintiff's daily activities being in such a manner causing Plaintiff mental suffering, shame, humiliation. such Being a actionable invasion of privacy. Plaintiff quoting; like case.  State Farm fire & cas. co. v. Compupay Inc. 654 So.2d 944 948 (Fla. 3d. DCA 1995) continued violation further more endorses a quid pro quo sexual harassment theory. which is a prohibited act under title VII see also citing; Harper v. Blockbuster Entertainment corp. 139 f.3d 1385 1387 (11th cir 1998) As to Plaintiff being housed in a male prison is wilfull disregards of & to Plaintiff's human rights, safety & privileges. 2000 U.S. Dist. Lexis 14) As Defendant(s) also Discriminate by not making reasonable considerations & or accomadations as to rules, regulations, & policies. As to that of Plaintiff's safety & Known Physical & Emotional/mental Distress. which is well Established & Documented. As Plaintiff should be housed in a female prison & Plaintiff is qualified unto & with Disabilities. see that as to Terrell v. U.S. air 132 f.3d 621 624 (11th cir 1998) And that unto 42 U.S.C. § 12112) Plaintiff Respectfully asking said court to take notice & have consideration of & on Plaintiff's Pleadings Having come forth unto the vulnerability of danger, safety, Risk(s) of - unto Harm. Plaintiff's Prayer

8 of 14

for relief; As to that of being Placed in a female prison & to be with those similarly situated. And for compensatory, punitive-nominal relief/damages as to such findings being favorable & deemed appropriate by said court. Plaintiff defining claims as to such acts/actions arising & being proper & appropriate under Const. Laws, policies, & treaties under & per the civil Rights act of 1871. Plaintiff Respectfully seeking & requesting said court to force Defendant(s) to rightfully place & house Plaintiff in a female prison & to be with those similarly situated as to Plaintiff...

Plaintiff Respectfully submits Pleadings this 31 day of August 2024

Ms. Naomi Sue White Eagle, 855988
MCC TRU B-5221
P O Box 888
Monroe WA 98272

Ms. Naomi Sue White Eagle
Date 8/31/2024

9 of 14

IV. **RELIEF**

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

Respectfully plaintiff seeks proper placement unto Housing, compensatory punitive normal Relife/damages of what court finds amount appropriate said by court Judge / respectfully

V. **SIGNATURE**

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

9/ /2024
Dated

Ms. Naomi Sue White Eagle
Plaintiff's Signature

9 6 24