# Count I
# Attachments

p6 28

*I Appeal to ALL!*   *Attachment 1-A*

# Department of Corrections
## WASHINGTON STATE

# RESOLUTION REQUEST

**LOG ID NUMBER:** 24803575

**Facility/office received:** MCC TRU
**Date/time received:** JUN 20 2024

**Check one:** Include Log ID number for appeal or rewrite
☐ Initial ☐ Health Services ☐ Emergency ☒ Appeal ☐ Rewrite

| | | | |
|---|---|---|---|
| Last name: WHITE EAGLE | First: MS. NAOMI | Middle initial: Sue | DOC number: 855988 |
| Facility/office: MCC T.R.U | | Unit/cell: BC522-1 | |
| Location: MCC TRU | | Date of incident: 6/6/2024 | Time: 12:30 pm |

Witness name(s) and DOC number (if relevant):

**Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?**
All WA State D.O.C. personnals Involved, Personal Safety et. Policy 490.700 et all.

**Provide a short description of what happened and how it affected you:**
On 5/23/2024 I Had Bottom Gender Afirming surgery Make in Fact That I Have a Full vagina, Now a Full Woman. By all standards of Laws, I Am Housed in a all male General population WA state D.O.C. prison Being a female. And that is what I Am now Giveing. I Am a woman I do not Belong Being Housed in a all male prison.

Thank you!

**Suggested remedy:**

**Signature (Required):** Ms. Naomi Sue White Eagle   **Date:** 6/18/2024

## Resolution Specialist Response
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☒ Sent to  HQ  on  6-21-24
☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt
☐ Received from _____ on _____

Your appeal of the Not Accepted determination has been forwarded to the Resolution Program Manager/designee for review. Once HQ has reviewed your appeal and reached a decision, you will receive a written response.

| Resolution Specialist | Signature | Date |
|---|---|---|
| B. Peterson CS2 | B. Peterson | 6-21-24 |

DOC 05-165 (Rev. 10/12/22)   Page 1 of 2   pg 27   DOC 550.100, DOC 780.200

"TO GARY BOHON" "Attachment 1, B"



# CLASSIFICATION APPEAL

| | | | |
|---|---|---|---|
| Name: Ms. Naomi White Eagle | DOC number: 855988 | Facility: MCC TRU | Date: 8/5/2024 |

Per DOC 300.380 Classification and Custody Facility Plan Review and DOC 310.150 Reception, Initial Classification, and Custody Facility Plan, assigned custody level may be appealed within 72 hours of being notified of the decision. Facility placement decisions cannot be appealed.

**DECISION**
- ☐ Classification decisions made at the facility
- ☐ Prison Compact transfer
- ☒ Headquarters Classification Unit
- ☐ MAX Custody Committee
- ~~☐ Headquarters Community Screening Committee~~

**APPEAL TO**
Superintendent/Community Corrections Supervisor
Secretary/designee
Classification and Case Management Administrator/designee
Appropriate Assistant Secretary for Prisons/designee
Classification and Case Management Administrator/designee

I am appealing the custody assignment decision made by:
MCC TRU Class Team & past Headquarter's decision Team of now

Reason(s):
I had sexual Reassignment Bottom Surgery done on 5/23/24. I am a full woman now with all working female Genitals - Vigina. I am housed at TRU, a all male GP Housing WA State DOC prison, per DOC policy 490.700 & ADA Laws et all Reason of Rights and Laws I should be housed at WCCW, stated Reason by Class team is that I Refused SOTAP. I am not court ordered to SOTAP. I do not need SOTAP now or Later no court order made! And I should not go to the W.S.R. prison. I should go to WCCW only, Thank you!

Appeal decision: ☒ Denied ☐ Reversed

Reason(s):
It appears you are appealing your facility placement; per DOC policy 300.380, section VIII.B, facility placement decisions cannot be appealed. For the record, HCSC did not deny your transfer to WCCW due to your refusal to participate in SOTAP; your refusal is why you are limited to MI3 custody. It does not appear you are appealing your custody level above. If you are appealing your Housing Protocol decision from June 14, 2024, DOC policy 490.700, section VII.A.2 states you need to do so in writing to Secretary Cheryl Strange's office.

| Reviewer | Signature | Date |
|---|---|---|
| Gary Bohon, Classification & Case Mgt Admin | [signed] | 8/20/2024 |
| | Ms. Naomi White Eagle | 8/5/2024 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Central file/Imaging file  **COPY** - Appealer

DOC 07-037 (Rev. 07/17/23)
Scan Code CA36 Scan & Toss

DOC 300.380, DOC 310.150, DOC 320.250

p6 28



# State of Washington
# Department of Corrections

## Custody Score
## Offender Version

**Assigned Counselor:** Reynolds, Alexandra M

**Printed By:** Reynolds, Alexandra M
**Print Date:** 08/05/2024

## Inmate: WHITE EAGLE, Naomi Sue (855988)

| | | | |
|---|---|---|---|
| Gender: Male | DOB: ▓▓▓ Age: 61 | Category: Regular Inmate | Body Status: Active Inmate |
| RLC: HV | | Custody Level: Medium | Location: MCC-TRU — B / B5221 |
| ERD: 02/09/2028 | | | CC/CCO: Reynolds, Alexandra M |

## Purpose of Review

| Purpose Of Review | Date Initiated |
|---|---|
| Plan Change | 07/17/2024 |
| Multi-Disciplinary Team Custody Promotion | 07/17/2024 |

## Custody Score

### Current Custody

**Current Custody Score:** 5

Minimum 3 - Long Term Minimum

### Infraction Behavior

**Infraction Behavior Score:** 15

### Program Behavior

**Program Behavior Score:** 12

| Month | Year | Points | Non-Award Reason |
|---|---|---|---|
| February | 2024 | 2 | |
| March | 2024 | 2 | |
| April | 2024 | 2 | |
| May | 2024 | 2 | |
| June | 2024 | 2 | |
| July | 2024 | 2 | |

### Detainers

**Detainer Score:** 10

| | Felony | ICE |
|---|---|---|
| Current | No | No |
| Potential | No | No |

### Escape History

**Escape History Score:** 15

#### DOC

| Escape Description | Month | Year |
|---|---|---|



Pg 2.9



## Calculated Custody

|  |  |
|---|---|
| **Custody Score:** | 57 |
| **Calculated Custody:** | Minimum |

## Disciplines

| Discipline | Other Discipline | Staff |
|---|---|---|
| Mental Health |  | Hughs, Nakisha M |
| Other | Sex Offender Treatment Manager | Dandescu, Lisa B |

## Comments/Recommendations

| Submit/Review Date | Name | Comments | Concur |
|---|---|---|---|
| 07/18/2024 | Reynolds, Alexandra M | (Offender) White Eagle, Naomi was encouraged to attend FRMT; however, she invokes his right to waive his appearance. I am a full female and should be in the women's prison. |  |
|  |  | (Counselor) White Eagle, Naomi is a MON offender out of Pierce/King County. With Snohomish being the county of origin. Current offense is cause AB/AC. PREA questions and reporting procedures were reviewed with no concerns noted. PREA score (PV) is cause for a monitoring plan. White Eagle, Naomi is directed to increase their interaction with staff, notify their Counselor of all requested bed moves, and report any and all sexually motivated interactions with any persons. White Eagle, Naomi is court ordered to complete substance abuse and mental health treatment programming. She is referred to bridges to life, SA Int Out-Pnt, T4C, and CBT. White Eagle, Naomi has a verified GED Diploma. She is not assigned to an education program. The most recent job screening gives an approval to work in all areas except maintenance, education, access assistant, isolated posts, and groundskeeper. This job screening will expire on 7/1/26. She currently works as a custodian. Last serious infraction is a WAC 714 on 2/12/24. Earned time is calculated. There are no felony warrants, facility holds, prohibited placements, and five offender keep separates. Separations have been reviewed and will remain unchanged. WA One, HRS/Triggers, and Personal Goals/Incentives were reviewed and updated as appropriate. Per Mental Health Hughs, "Ms. White Eagle is currently using mental health on a regular basis. She attends bi weekly appointments, and has good insight into her mental health. She is receiving GA care as well. I wanted to add an appropriate placement. I do not believe from a mental health standpoint that it is conducive to her mental health to remain in TRU. She has expressed concerns with not feeling safe anymore, she has increased mental health symptoms and it would be a more appropriate placement if she was placed in WSR, would be my recommendations. She has the ability to have her needs met there and it is a smaller population amongst that are as well as has another incarnated individual that recently was placed there following her gender feminization". No targets due to refusing to participate in crime related programing. Per Lisa Dandescu White Eagle is not amenable or willing to participate in crime related programming at any location. GCTP is in place and White Eagle is currently working on completing the objectives. On 1/10/24 she was transferred from AHCC to MCC-TRU on an RM1 override. Current custody assignment is Medium with 57 custody points. Recommend White Eagle, Naomi be promoted to MI3 custody on an HCR override and be retained at TRU. |  |
| 07/18/2024 | Browne, Kevin C | (FRMT) FRMT: CUS Browne, CC2 Cardenas, CC2 Reynolds, Officer True, Sotap I/I White Eagle is expected to remain infraction free and take part in programming as assigned. FRMT concurs with counselor recommendation to promote to mi3 custody on an HCR and but to refer to HQ classification for transfer to WSR if appropriate. I/I White Eagle would like to transfer to WCCW, however that is currently not an option. RGCTP is currently in effect but she is not eligible for restoration at this time. Mental Health believes that WSR 3A would be a more | Yes |

pg 30

| | | | |
|---|---|---|---|
| | | appropriate facility due to the lower numbers. No targets at this time due to not participating in SOTAP. | |
| 07/24/2024 | O'Connor, Leslie E | Recommend maintain MI3 custody (HCR) and transfer to MCC-WSRU for no more than six months due to medical needs per discussion with local HSM. Local IIU report no concerns with WSRU placement in 3A. | Yes |
| 08/05/2024 | Thompson, Stacy M | 8-1-24 FORMAL HCSC ATTENDEES: J. Miller-SCMO (Chair); S. Thompson-AA3; M. Cossette-CS4; T. Morrisey-SS; S. Hanson-SOTP; S. Garner-INV3; D. Feist-Admin. CBC; R. Fall-CS4; L. Roberts-CPM. Decision: Promote to MI3 custody with an HCR override, Due to lack of needed programming to mitigate risk. Retain at current facility. | Yes |

## Assigned Custody

| Calculated Custody: | Assigned Custody: | Override Reason: | Override Narrative: |
|---|---|---|---|
| Minimum | Minimum 3 - Long Term Minimum | HCSC Assigns - Community Risk | Due To Lack Of Needed Programming To Mitigate Risk |
| | Classification Status: | Completion Date: | Custody Assigned By: |
| | In-Effect | 08/05/2024 | Stacy Thompson, Administrative Assistant 3 |

**DOC:** 855988         **Name:** WHITE EAGLE, Naomi Sue

Pg 31