CASE 2:24-cv-01388-JCC-BAT, 3/7/25 Page 1 of

1

2                              The Hornorable John c Coughenour

3                              Magistrate Judge BrianA Tshchida

4          United States Dirstrict Court

5         Western District of Washington

6                      At Seattle

7

8  Ms. Naomi Sue White Eagle | No. 2:24-cv-01388-JCC-BAT

9            Plaintiff

10           V.              Amended Complaint

11  Washington State Depart | Per Document 39-2/28/25

12 -ment of Corrections, et Al

13

14         "A Equal protection Claim"

15         This matter comes Befor this said court

16 As a US 42 1983 Complaint, No 2:24-cv-01388

17 JCC-BAT Filed By plaintiff Naomi Sue White

18 Eagle-855988 As A Conditions of confinement

19 Case of WA State Department of Corrections

20 et Al.' with Fourteenth Amendment, Due

21 Process, Equal protection, Eight Amendment

22 And violations of the Americans with

23 Disabilites Act ("ADA") And presumably various

24 state law Claims, As Rulling of Said court

25 plaintiff Hereby Comes with Amended Complaint

26 As court Ruled moving Forward with Same

27

28                              page 1 of 38

1
2  Heading of case As A Conditions of Confine
3  ment case,  Leaving out parts As ordered
4  By court in Document 39, 2/28/25, And
5  OR Rewrite. As A lay person pro se, with
6  known well documented mental Health
7  Disabilitys That plaintiff Respectfully makes
8  court known of And That said court
9  should take into Account And also courts
10  Have Held pro se Complaints to Less stringent
11  standards then Formal pleadings drafted By
12  Lawers,  courts Have also Held that they
13  should consider other documents A pro se
14  prisoner Has Filed In Addition to the
15  Complaint In determining whether the
16  prisoner Has Stated a Claim, As also is
17  difficult For a prisoner to write a detailed
18  Complaint then a Lawer or Free person As
19  prisoners cant investigate Before Filing,
20  See, Rodriguez V. Plymouth Ambulance Service
21  , 577 F.3d 816, 821 (7th cir, 2009); alston v.
22  parker, 363 F.3d 229, 233 . 6 (3d cir, 2004)
23  with said issues plaintiff will now Attempt
24  Her very Best to Respectfull Satisfy courts
25  demands And state Her Claim,  thank you
26  FOR Second chance!!
27
28

1
2          JURISDICTION
3
4          plaintiff Brings this case to said courts
5    Jurisdiction due that all Jurisdiction
6    Fact's show cause that The united states
7    District court, western District of Wash
8    -ington at seattle dose Hold Jurisdiction
9    in plaints case u.s., 42, 1983 complaint
10   no 2:24-cv-01388-JCC-BAT
11   ――――――――――――――――――――――――――――
12          "plaintiff"
13   ms. Naomi Sue white Eagle 855988
14   monroe correction center at Twin
15   Rivers unit T,R,U Po Box 888 monroe
16   washington 98272-0888
17   ――――――――――――――――――――――――――――
18          "Deffendants & Job tittles"
19   #1. Sheryl STRange, Head of the WA
20   State Department of Corrections (          )
21
22   #2 Gary Bolton (Gary BoHon) Head of
23   WA State D,OF Classification Board
24
25   #3 Keven Brown, the Superviser of
26   monroe washington prison at T,R,U B unit
27
28                    page 3 of 38

CASE NO. 2:24-CV-01388-JCC-BAT

1  #4. (Adalid CARDENAS) monroe complex
2  T.R.U CLASSIFICATION Counselor for B-unit
3
4  #5. (MatHHew Cossette) (JOB tittle-CS4)
5
6  #6. T. Morr.sey (JOB tittle SS) (S. Hanson)
7  (SOTAP JOB tittle)
8
9  #7. S. Garner (INDV3 - JOB tittle)
10
11  #8. D. Festadmin (CBC JOB tittle)
12
13  #9. R. Fail (CS4 JOB tittle)
14
15  #10. L. Roberts - CPM - JOB tittle
16
17  #11. Deffendant J. Reynolds
18
19  _____
20
21        "EigHth Amendment"
22  #1. Ms. SheryL StRainge is the Head
23  of all WA D.O.C. Acting under color of
24  State. She's In charge overlooking
25  All other deffentants who Maid
26
27                    page   4 of 38

1
2    The choice of keeping plaintiff (A
3    Full Female) Housed at a all male
4    WA State Department of correction's
5    prison, at M.C.C T,R,u, ms, Sheryl
6    Strange signed off keeping plaintiff
7    Housed at a all male prison. that
8    Shows Full cause of A Eight Amend
9    ment violation of plaints constititutional
10   Rights, Given By Law, knowing plaintiff
11   is in a Unsafe placement, on 8/5/2024 is
12   Jlibrart indiffrent to plaintiff's Rights
13   # 2. Mr. Gary Bolton,   mr Gary Bolton
14   is the Head of WA State Department
15   of correction's classification Board, Mr.
16   Gary Bolton signed A vote of keeping
17   plaintiff Housed at Monroe correction
18   center T,R,u (M,C.C T,R,u) on 8/5/24,
19   A Violation of The Eighth Amendment
20   to The US Consititution knowing Full
21   well that plaintiff is A Female at
22   A male prison putting Her in danger &
23   Suffering of none. Stop Setual Harras-
24   Sments & mental Abuse By male
25   prisoner's, Mr. Bolton is delibrate indiff
26   rent to plaintiff's Rights & Safty as a
27   Human being, And as a Female
28                          page 5 of 38

1   # 3. Keven Brown
2          Keven Brown is and was the
3   M.C.C TRu B-unit Suppervisor at
4   time of 6/10/2024, the DAy plaintiff
5   Got Back From Having undergone Her
6   VASinoplASty Surgery FRom A.H.C.C. on
7   said day mr. Brown Gave plaintiff His
8   word that plaintiff would Soon be
9   transfered to W.C.C (OR A FemaLe prison)
10  Because plaintiff is a FemaLe, this
11  transfeR did not take place, plaintiff
12  Filed a Girevance, see ATTAchment #1
13         mr. keven Brown is in Violation
14  of plaintiff's EiGHt Amendment Rights
15  And Her EQuaL protection Rights
16  & A.D.A Rights, plaintiff HAS Reported
17  events of HARASSment & SexuAL
18  HeRASSment's And told mr. Brown that
19  she Feels in danger'd And that the
20  mental Abuse FRom HARASSment is
21  HARd FoR plaintiff. mr. Brown Knows
22  plaintiff is a women, And cares Less
23  of HARm done By Himself, mr keven
24  Brown signed a Vote on 8.5-24 to
25  keep plaintiff A M.C.C T.R.u, delibrate
26  Indifferent to plaintiff Rights & SAFty
27
28                          PAge 6 of 38

1 at a F,m,r,t classification Hearing Held
2 on plaintiffs Housing plan Again 8/5/24. This
3 come After mr. Keven Brown Had told tHe
4 plaintiff she would (soon) be Transfered
5 To a Female prison to be Housed Among
6 all other Females (such As HerSelf)
7 See Attachment #2 (The F,R,m,t Report)
8 also on about _____ mr, Keven Brown told
9 plaintiff she was denied Transfer to
10 Female Housing Because that she Refused
11 to Do a sex offender (treatment
12 plaintiff is Not Convicted of a Sex
13 crime and not court ordered, see
14 Attachment #
15
16
17 # 4 Deffendant mr Addalid Cardenas,
18 mr. Addalid Cardenas was working on
19 plaintiff Classification and did Attend
20 The F,R,m,t Hearing on 8/5/2024 and did
21 sign off on His vote Keeping plaintiff
22 Housed a m,c,c T,R,u prison (A All male)
23 prison knowing plaintiff is Fact a
24 Female Having Had vaginoplasty surgery
25 done on 5/23/2024, mr. Addalid cardenas
26 is also in violotion of plaintiff's Eight
27
28

1  Amendment Right to the us Consititution
2  And is delibrate indifferent to plaintiffs
3  Rights & safty & mental Abuse. The
4  Fourteenth Amendment, Due process,
5  Equal protection And (A.D.A) Americans
6  with Disabilites Act.
7
8
9  #5 Deffendant mathew Cossette —
10 CSY was at the Classification Hearing
11 And voted- Signed Keeping plaintiff
12 Housed at MCC TRY a all male prison
13 knowing she is Female Acts of Being
14 delibrate indifferent to plaintiffs safty &
15 mental Abuse (A Violation to the
16 Eighth Amendment to the us Constitution,
17 The Fourteenth Amendment, Due process,
18 Equal protection, (A.D.A) Americans
19 with Disabilites Act. (Hearing date 8/5/24)
20
21 #6 Deffendant T. morrsey SS , was also
22 at Hearing Held on 8.5.2024 knowing
23 I am a Female voted to keep me
24 Housed at MCC TRY A All male prison
25 Awearing of Saffty issues And acted
26 delibrate indifferent to all needs
27 as a women violted my eight
28                    Page 8 OF 38

1
2  Amendment Right to the us constitution
3  - Fourteeth amendment, Equal protection,
4  (A.D.A) Amercans with Disabilitys Act
5
6
7  #7. Deffendant S. Garner - IN vs , was
8  also At the F,R,m,t classification Hear
9  ing Held on 8-5-24, they voted to Keep
10 plaintiff Housed at M,C,C Trey, Knowing
11 that plaintiff is a Female offender
12 and mcc Trey is a All male prison show
13 ing diliberate indiffrence To plaintiff's
14 safty & well being Also violates Her
15 Eights Amendement Rights, Equal
16 protection  AD A  and Fourteeth
17 Amendenent Rights
18
19
20 # 8, Deffendant  D, Festadmin C,B,C
21 was also At the F,R,m,t classification
22 Hearing and voted to Keep plaintiff
23 Housed at mcc Trey all male prison
24 Being diliberate indiffrent to Her safty
25 & well being a violation to The Eight
26 Amendment to the us consititution,
27                              page 9 of 38
28

CASE NO 2:24-CV-01388-JCC-BAT

1
2  # 9. Deffendant  R. Falls - cs 4  was also
3  at the F.R.m.t Classification Hearing
4  on 8/5/25 and voted to keep plaintiff
5  Housed at MCC TRY a all male prison
6  knowing she is a Female, acting dilib
7  rate indiffrent to Her well being and
8  safty  a Violation to Her Eight Amend
9  ment Right's & Equal protection,
10  A.D.A Fourteenth Amendment
11
12
13
14  # 10  Deffendant L Roberts cpm  was
15  at the F.R.m.t Classification Hearing Held
16  on 8/5/25 and voted to keep plaintiff
17  Housed at MCC TRY An Act of dilibrate
18  indifference to plaintiff's safty & well
19  Being as a women and violation of
20  Equal Protection Right A.D.A and
21  fourteenth Amendment
22
23  I
24  # 11. Deffendant J. Reynolds is a
25  Classification counselor at MCC TRY
26  B-unit, and was plaintiff's Acting

page 10 of 38

27
28

CASE NO, 2:24-CV-01388-JCC-BAT

1   classification counselor on 8/5/24, And ms.
2   Reynolds voted at said Date at plaintiffs
3   classification F,R,m,t Hearing To keep the
4   plaintiff Housed at m,c,c T,R,4 (a prison For
5   men only,) ms, Reynolds claims at time
6   was Because plaintiff would not do The
7   sotap treatment For sex offender's
8   knowing plaintiff is not A sex offender
9   & not court ordered to Do the sotap
10  programe , ms, Reynold's & all at said
11  meeting of F,R,m,t on 8/5/24 is Holding
12  plaintiff at mcc T,R,4 on Account plaintiff
13  Refuses,es to Do SotAp See Attach-
14  ment # 2 . lines, 1-2-p$^3$ For ms, Reynolds
15  to vote keeping plaintiff Housed at
16  mcc T,R,4 A all male prison knowing
17  plaintiff is a Female, And knowing
18  The Reported Sexual Harrassment's,
19  mental Abuse, plaintiff is Subjected
20  to By HerSelf is delibrate indifference
21  to plaintiff's safty & mental Health
22  & well Being As A Human being And
23  a violation of plaintiffs eight amendment
24  to The us consititution
25
26
27                              page 11 of 38
28

1        "Equal protection"

2

3   Deffendant # 1, ms. sheryl strange is

4   in violation of plaintiff's Equal protection

5   Rights and 14th Amendment Right to

6   plaintiff to Be treated the same as any

7   other Female in the WA State Depart

8   ment of corrections and to Be kept safe

9   As A Female, Amonung other Female

10   prisoners unto Equal protection to the

11   Eight Amendment The violation come's

12   By Deffendant ms sheryl Strange being

13   Head over all WA State Department of Corr-

14   ections Being Held Responsible under Color

15   of State By Her under employs & Also

16   signing to keep plaintiff A Female

17   Housed at MCC TRU A all male prison.

18   The plaintiff suffer's From known

19   mental Abuse From nonstop Sexual

20   Herassment By male prisoner's Housed

21   Among, & MCC T.R.U Is also (A Sexoffender

22   Treatment Center) commen since knows

23   a Female dose not Leglly Belong in a all

24   male prison!

25

26

27                 

28

1  Deffendant # 2  mr Gary Bolton, Head
2  of the WA State D.O.C classification Board
3  mr. Bolton Sighed off vote on 8/5/24 to
4  keep plaintiff Housed at MCC T.R.U And
5  knowing plaintiff is a Female prisoner
6  in violation of Her Equal protection
7  to the eighth Amendment, knowing
8  unsafe issues & mental Harm done
9  and Being done to plaintiff due the
10  sexual Harssment mental Abuse a
11  female must undergo Housed in
12  a male prison and in disregard to
13  plaintiff being a Female at Harm,
14  plaintiff Should be Free from All Harrassment, Humiliation,
15  invasion of privacy et all unto Rcw's per, Rcw title 49, 49.60,
16  180, 49.60.030, 9A.36.080, 9A.80.010, 72.72.010 Eighth Amendment
17  Deffendant # 3  keven Brown the
18  MCC T.R.U B-unit suppervisor at time
19  of  8-5-24 -              When He sighed A
20  vote at that F.R.M.t classification meeting to
21  keep plaintiff Housed at MCC T.R.U, mr.
22  keven Brown is most In disregards to
23  plaintiff's Rights & safty & well being due
24  plaintiff Had meeting with mr Brown,
25  where plaintiff Reported Events of sexual Harass-
26  ment & Threats, Being under Emotsounal &
27
28                              PAGE 13 OF 38

1   mental disstress Because of the whole of
2   Being Housed Among men at T.R.u (A All
3   male prison) plaintiff Advised mr. Brown
4   That she is FACT now a Female and due
5   Being Housed at m.c.c T.R.u is suffering
6   a greate deal of mental distress, Antiety,
7   stress, at Times Almost unbearible mently
8   & emotionnaly, So The violation of plaintiffs
9   EQual protection to the Eight Amend-
10  ment & 14th Amendment is due
11  that Mr Keven Brown Fully is Awear
12  of HARm done-being done By not FALLowing
13  wa state D.o.c policy Housing a Female
14  in a male prison In disregards to LAws
15  & plaintiff Right to Be Treated EQual
16  As Any other Female Housed In wa state
17  DoC Amoung othur Females See, PletkA v.
18  Nix 957 F2d 1480 1484 - Being As to
19  plaintiffs safty & to & For EQual Rights
20  & privileges, Fairness under the 8Th & 14Th
21  Amendment. Defendant Browns Acts/Actions
22  or non Actions keeping plaintiff Housed at
23  mcc TRu a male prison, when plaintiff
24  should Be Housed at a Female prison
25  gives Rise & claims unto Indifference
26  depriving plaintiff of Fair Rights, See
27
28                    Page 14 OF 38

1  RCW: Title 49 & that as to Kumer v. Gates
2  Gourvest INC 180 Wn.2d 481) citing 2020
3  us Dist. Lexis 5) 2020 us, Dist Lexis 4)
4  & that unto 18 usc § 242, 18 usc § 2340,
5  plaintif being Housed in a male prison denies
6  & keeps plaintiff From rights Fairness &
7  privileges that plaintiff would get being Housed
8  at a Female prison with those similarly
9  situated - Females - As plaintiff is Female)
10 The disrgards OF plaintiff's Rights causing emotional
11 And mental Distress, Living in Fear, is also
12 Violative of Rcw: 51,24,020 As mr Brown
13 & defendants can not cause, create or
14 Do being violative of Rcw: 51,24,020, all
15 Showing that defendant keven brown
16 Violated - And ongoing plaintiffs
17 Equal protection 8th Amendment
18 Rights & 14th Amendment,
19
20
21
22 Deffendant # 4. Mr. Adalid Cardenas is
23 plaints classification Clounselor, And was
24 Not at 8/5/2024 F.R.m.t, But Did vote
25 at Said F.R.m.t Hearing to Keep plaintiff
24 Housed at mcc thru All male prison.
27
28                              page 15 OF 38

1  mr. Adalid Cardenas Acts under color of State
2  By His Vote to Keep plaintiff Housed at MCC
3  T,R,u all male prison on 8/5/24 at plaintiffs
4  F,R,m,T Classification Hearing mr Cardenas is
5  in violation of plaintiff's Equal protection
6  Rights to the 8th Amendment to the
7  us consitiution & 14Th Amendment.
8  knowing plaintiff is a Female & Having diss-
9  Regards to plaintiffs Safty & mental &
10  emotiannal Destress And Setual Harress
11  ment (well Documented Events) of past
12  years, on about 6/11/2024 - 6/18/2024
13  plaintiff also talked to mr. Adalid Cardenas
14  Requesting to Be ReClassified & Housed
15  at Any all Female WA State prison
16  To Being proper & to be Housed in a Female
17  citing, Garner V. Giarrusso 571 F.2d 1330
18  1339 (5th cir 1976)   Hostrop V Board of Junior
19  College Dist. 515  523 F.2d 569  579-80(7th
20  cir 1975 )  williams V. Matthews Co 499-
21  F.2d  819  829 (8th cir 1974 & Seaton V sky
22  Realty co. 491 F.2d 634 636 (7th cir 1974,
23  plaintiff makes known safty concerns &
24  well being - danger Creation  to Live in
25  Fear is phycial Harm due Loss of Sleep
26  worry stress & thoughts of Self HARM
27  Subtected to Such is not Equal to Females
28

1  Housed at all Female prisons! mr Car
2  dendenAS Asured plaintiff that she was
3  soon to Be transfered to WCCW a all
4  Female WA state prison FoR women
5  And then only to Vote at the FRMt
6  Hearing on 8/5/24 to Keep plaintiff
7  Housed at MCC TRM all male prison
8  where sLe Remains, this lie that
9  was told to plaintiff Really did cause
10  Alot oF stress & mental Abuse,
11  waiting to 60 only Not to Cryle
12  and unuseral treatment.
13
14
15
16  DeFendant #5 MATtHew Cossette
17  CS4 - did Attend the FRMt Classification
18  Hearing Held on 8/5/24 unto plaintiffs
19  Housing et and on said DAte at said
20  Hearing did Sign Vote keeping plaintiff
21  Housed at MCC TRM all male prison
22  with disregards to plaintiffs well
23  being & EQuaL protection Rights to
24  the US ConsTitutioy 8th Amendment
25
26
27
28                          Page 17 oF 38

1  Defendent # 6. T. morrisey was at
2  the classification FRmt Hearing on
3  8/5/24 & Signed vote keeping plaintiff
4  Housed at mcc trcu trowing She is
5  Female and should Be Housed at a
6  All Female prison for Her safety &
7  well being is a violation to plaintiffs
8  Equal protection Right to the us
9  constitution's eighth amendment
10
11
12
13 Defendant # 7. S. Garner was also
14 at the classification Hearing Held on
15 8/5/24 of plaintiffs FRmt where
16 Garner voted to keep plaintiff Housed
17 at mcc trcu (see Attachment # A
18 Hearing Report)  trowing plaintiff is
19 Female and Having disregards to Her
20 well being & Safty & pain & Suffering
21 Left to deal with in TRcu A set offender
22 Treatment Center For set offender
23 men is a violation to Her Equal
24 protection Rights to the 8th Amend
25 ment, & 14 amendment
26
27
28                    page 18 of 38

1  Defendant # 8, D. Fest Admin CBC
2  was at the FIRMt Classification Held
3  on 8/5/24 where Festadmen voted
4  Keeping plaintiff Housed at MCC
5  TRU a all male prison knowing
6  she is Female Having No Regards to
7  plaintiffs well being & EQual protect –
8  ion As a Female, In Violation to
9  Her EQual protection Rights to the
10 US Constitution 8th Amendment, to
11 not Be treated Fairly As any orther
12 Female or to mental & emotionnal pain
13 on going
14
15
16 Defendant # 9, R. Fall (CS4 Also did
17 vote at the Heaking on 8/5/24 a FIRMt
18 Classification Hearing, Held on plaintiffs
20 Housing plan & et, His vote was to keep
21 plaintiff Housed at M.C.C T.RU All male
22 prison, knowing plaintiff Had undergone
23 Setual Reasignmut sergery And was
24 a Female, with disRegards to Her well
25 Being And not treating Her EQual to
26 Any other Female in WA state prison
27 was & is a violation to her EQual pro
28 Tection Rights to The 8th Amendment

1
2
3
4   Defendent # 10, L. Roberts - Acting
5   c.p.m did vote at a classification Frmt
6   Hearing on 8/5/24 keeping plaintiff Housed
7   at M.C.C trcu disregarding Fact that
8   plaintiff is Female and He Violated Her
9   Equal protection Rights to the 8th
10  Amendment to the us Consitution Be
11  -cause He treated Her unlike Any other
12  Female By keeping Her at M.C.C trcu
13  not caring if she is Harmed or of the
14  emotionnal disstress or mental Abuse
15  By Setual Havassment et that she
16  must endure (A Heartless Act) See
17  Attachment #   the Frmt Report
18  His name signed vote!
19
20
21
22  Defendant # 11 J. Reynolds, ms.
23  Reynolds was & is Fully Awear of
24  plaintiffs Situation Having Had Her
25  Setual Reasignment Vaginoplasty
26  sergery done on 5/23/24 and is Fully
27  in Violation to plaintiffs Equal protection
28                    page 20 of 38

1  Rights to the 8th Amendment & 14th,
2  Ms. Reynolds was told by plaintiff that
3  she needed to be treated same as any
4  other Female & be Housed at a all Female
5  prison, Ms. Reynolds still voted on 8/5/24
6  at FRMt Hearing to keep plaintiff at
7  MCC TRu (See Attachment # 1) with
8  no care at all that plaintiff was Suffer-
9  ing mental & emotionnal Abuse &
10 Sexual Harassment From male prisoners
11 plaintiff Reported Such, take note to
12 Attachment # 2 page 1 Line 2 in
13 where ms Reynolds called plaintiff A
14 man stating "His" A pronoun not
15 lawfull As plaintiff is Female, this
16 also gives Evidence That plaintiff
17 is being mis treated Because in the
18 minds of this Defendant she sees
19 plaintiff As A male & not Female
20 And so dont treat Equal protection
21
22
23
24
25
26
27
28

ADults with disability Act
<u>A.D.A Violations</u>

1

2

3    # 1. - plaintiFF IS A Individual with
4  mental Disability's, see ATTAchment #
5  Lines 1 - 17. PAGE 2, A psychological
6  Evaluation Report conducted By a Licensed
7  psychologist, Doctor Meg MANThos, done
8  on 8-27-2021. where in Her Report she
9  clearly states, (QuoTe)( ms. white Eagle HAS
10 A History oF producing I.Q Test scores in
11 The boraderline range And she both re-
12 ports & displays numerous symptoms consist-
13 ent with neurodevelopmental disorder, most
14 likely Autism spectrum disorder And/or
15 Attention disorder. Some of her symptoms
16 may overlap or be better explained By sch-
17 izophrenia or Tardive dyskinesia, It
18 is recommended That mis white Eagle be
19 reFerred to A specialist in the Assessment
20 and differentiation oF these Nerodevelop
21 mental disorders to best Accommodate
22 her mental Health needs.'
23   #. 2 - plaintiFF HAS collected disability
24 (S,S,I) Federal Income For being mental
25 disabled since 1990 out In the
26 community.'

27

28                    page 22 oF 38

1   plaintiff also had, and will have a mental
2   health case maneger, through mental
3   health upoun her return to the com-
4   -munity after her release from WA
5   state D.O.C, a public intity services
6   and so court order by a state court
7   judge in her 2003 murder,2 conviction
8   a crime that took place due her
9   mental disorders at time.
10          Deffendants et al, have discriminated
11  against plaintiff's mental disabilitys by
12  having no regards in violating her
13  rights under the 8th & 14th amend
14  ment. acting in way that can treat
15  plaintiff any kinds of unlawfull ways,
16  and not be held accountible, due
17  is dificult for plaintiff to defend
18  herself, due her disibilitys, and a
19  violation of her 8th amendment as
20  to amount to crule and also defendants
21  keep her housed at MCC try stating in
22  part due she has a 2003 murder-2
23  conviction claiming she is viloent
24  towards others because of her mental
25  disability mental heclth holds her in
26  male prison, plaintiff has undergone
27
28                        Page 23 of 38

1  intence mental Health counseling is Not
2  viloent any more. By defendants agree-
3  ing to This Disability Discrimination is
4  a violation of Her 8th & 14 Amendment
5  Rights to the us constitution & Abuse
6  of a Disabled prisoner. Housing plaintiff
7  At a All male prison at M.C.C they knowing of
8  Her disabilitys Being subjected to mental
9  Abuse of Sexual Harrassment, threats of
10 bodyly Harm daily Some weeks Again
11 is also discrimination An A.D.A violation
12 And or negligence, Defendants may Even
13 Be somewhat negligent in failures to see
14 That plaintiff a mental disabled Adult is
15 Being Abused mentaly at said all male
16 prison M.C.C t,R,u By Staff under
17 color of state & Inmate Harrassments
18 & emotional distress & Severe Plaintiff
19 crys at night offten in Her cell after
20 lock down & some days, this is in
21 violation of 8th & 14 Amendment
22 to Abuse a Disabled person in such A
23 way is unlawfull when an should be
24 done is House plaintiff At a all female
25 prison (Any female prison in wA
26 state.)  plaintiff did exuust Remidies
27 or gircunances see At #1

28

Relief

1
2   As to That of being placed in A all
3 Female prison, to be Treated Equal to
4 all Other Females, Equal proction
5 unto 8th & 14th Amended placed in
6 all Female Housing prison, OR <u>Released</u>
7 <u>out into community For safty & needed</u>
8 <u>mental Health care & suport,</u>
9 And Also  For compensatory, punitive
10 normal Relief / damages As to Appropriate
11 plaintiff Stats a Claim Asking For the
12 Sum of # 500,000 (<u>Five Hundard</u>
13 <u>thousand dallors</u> to be paid to the
14 plaintiff,   The plaintiff Respectfully
15 Seeking & requesting Said court to Force
16 Defendants to rightfully Honor plaintiffs
17 demands of Relief Sought Herein,
18
19      plaintiff Hereby do swear under
20 penaty of purjery that all statements
21 Here in is true & correct signed this
22 Day   3/~~7~~/2025  3/7/2S
23   Ms. naomi sue white Eagle
24   MS, NAOMi sue white Eagle
25   Date 3/12/2025
26 plaintiff Ask court Respectfully give the
27 defendants 14 days to Respound.
28