THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAOMI SUE WHITE EAGLE,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | CASE NO. C24-1388-JCC-BAT<br><br>ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and there being no timely objections, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R (Dkt. No. 53).

(2) Defendants' motion for summary judgment (Dkt. No. 42) is GRANTED. Plaintiff's federal claims are DISMISSED without prejudice due to Plaintiff's failure to exhaust her administrative remedies. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and those claims are DISMISSED without prejudice. As no claims remain in the action, the case is closed.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

DATED this 25th day of July 2025.

*John C. Coughenour*

John C. Coughenour

UNITED STATES DISTRICT JUDGE